UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ADVANCED ELECTRIC AND ALARM SYSTEMS, United States of America for the use and benefit of,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD ENTERPRISES, an Oregon limited liability company, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company,<br><br>Defendants. | NO: 2:15-CV-50-RMP<br><br><br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

The parties stipulate to the dismissal of this lawsuit without prejudice. ECF No. 13; *see also* Fed. R. Civ. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal by stipulation signed by all parties).

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 1

3.  All court hearings scheduled, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 13th day of May 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 2